NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**Q. I. PRESS CONTROLS, B.V.,**
*Appellant,*

v.

**DAVID J. KAPPOS, DIRECTOR, UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Appellee,*

AND

**QUAD/TECH, INC.,**
*Cross-Appellant.*

---

2012-1630, -1631

---

Appeal from the United States Patent and Trademark Office, Board of Patent Appeals and Interferences.

---

**ON MOTION**

---

**O R D E R**

Q. I. Press Controls, B.V. moves without opposition to withdraw Mark Fox Evens, Byron L. Pickard, and Jonathan M. Strang as counsel.

Q. I. PRESS CONTROLS v. KAPPOS                                             2

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

/s/ Jan Horbaly
Jan Horbaly
Clerk

s26